United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

97-3110
_____

Eugene Wallace Perry,              *
                                   *
          Appellant,               *
                                   *   Appeal from the United States
     v.                            *   District Court for the
                                   *   Eastern District of Arkansas
Randy Morgan, Warden, Tucker       *
Maximum Security Unit;             *
K.L. Wade, Tucker Mail Room        *
Supervisor; Sam Heuer; John        *
Doe; Larry Norris, Director,       *
Arkansas Department of             *
Corrections,                       *
                                   *
          Appellees.               *


_____

Submitted: August 5, 1997

Filed: August 5, 1997
_____

Before BOWMAN, WOLLMAN and MURPHY, Circuit Judges

PER CURIAM

     This matter comes before the court on appellant's notice of appeal from the district court's order of July 31, 1997, and on appellant's motion for stay of execution of a sentence of death. The court has carefully considered the original file of the district court and appellant's motion and supporting documents, and it is hereby ordered that the motion for a stay of execution is denied. It is further ordered that the district court's July 31, 1997 order dismissing appellant's complaint and denying his request for a temporary restraining order and declaratory judgment is

summarily affirmed.  See Eighth Circuit Rule 47B.